UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ONASIS REYES, on behalf of himself and all
other persons similarly situated,

                Plaintiff,

-against-

SHAULI ENTERPRISES INC. d/b/a/ CHOP
CHOP, SHAULI ENTERPRISES TWO INC.
d/b/a CHOP CHOP, ANDREW RUTTA and
JESSE RUTTA,

                Defendants.
-------------------------------------------------------------------X

Docket No.: 21-cv-02804 (GBD)

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: **MAY 1 9 2022**

## RULE 68 OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants SHAULI ENTERPRISES TWO INC. d/b/a CHOP CHOP and JESSE RUTTA offer to allow judgment to be taken against them in this action with respect to Plaintiff's federal claims only under the Fair Labor Standards Act ("FLSA").

The terms of the judgment to which Defendants SHAULI ENTERPRISES TWO INC. d/b/a CHOP CHOP and JESSE RUTTA consent are:

> Judgment for Plaintiff ONASIS REYES in the amount of $25,000, inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiff ONASIS REYES in litigating his FLSA claims to the date of this offer. This judgment does not pertain to any claims except Plaintiff ONASIS REYES's federal FLSA claims.

This offer of judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed either as an admission that Defendants are liable in this action, or that Plaintiff has suffered any damages.

1

Plaintiff ONASIS REYES has fourteen (14) days from the date on which this offer was served in which to accept in writing. If Plaintiff ONASIS REYES accepts this offer, the offer will be filed with the court, and the clerk of the court will enter a final judgment in this action that conforms to the terms set out in this offer. If Plaintiff ONASIS REYES fails to accept the offer within the time allowed, it is deemed withdrawn. If Plaintiff ONASIS REYES fails to recover a more favorable judgment than the one specified in this offer of judgment, he may be liable for all the costs of suit incurred by Defendants SHAULI ENTERPRISES TWO INC. d/b/a CHOP CHOP and JESSE RUTTA after the date of this offer.

Dated: April 29, 2022
Bethlehem, PA

Elizabeth H. Marcon, Esq.
Atty ID No. 4919379
Florio Perrucci Steinhardt
Cappelli Tipton & Taylor LLC
60 West Broad Street, Suite 201
Bethlehem, PA 18018
Attorneys for Defendants SHAULI
ENTERPRISES TWO INC. d/b/a
CHOP CHOP and JESSE RUTTA