UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ONASIS REYES, on behalf of himself and all
other persons similarly situated,

                              Docket No.: 21-cv-02804 (GBD)

                Plaintiff,

       -against-

SHAULI ENTERPRISES INC. d/b/a/ CHOP
CHOP, SHAULI ENTERPRISES TWO INC.
d/b/a CHOP CHOP, ANDREW RUTTA and
JESSE RUTTA,

                Defendants.
---------------------------------------------------------------X

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED** that this action has been discontinued and is hereby dismissed with prejudice, without fees or costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: Hauppauge, New York
May 13, 2022

_David Barnhorn_

David D. Barnhorn, Esq.
Peter A. Romero, Esq.
Law Office of Peter A. Romero PLLC
490 Wheeler Road, Suite 250
Hauppauge, New York 11788

Dated: Hauppauge, New York
April 29, 2022

_Elizabeth H. Marcon_

Elizabeth H. Marcon, Esq.
Florio Perrucci Steinhardt
Cappelli Tipton & Taylor LLC
60 West Broad Street, Suite 201
Bethlehem, PA 18018

**SO ORDERED**

_George B. Daniels_
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

JUN 2 1 2022

10